IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 12-cv-00664-WYD-KMT

LAIN GRAVES,

    Plaintiff,

v.

CONTINENTAL COLLECTION AGENCY, LTD., and
DOES 1-10, inclusive,

    Defendants.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER is before the Court on the parties' Stipulation Of Dismissal [ECF No. 21], filed on November 27, 2012. After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE. Accordingly, it is

ORDERED that the parties' Stipulation Of Dismissal [ECF No. 21], filed on November 27, 2012, is **APPROVED**. In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**.

DATED: November 28, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel,
Chief U.S. District Judge